# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE GARCIA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., a California Corporation and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 1:13-cv-02071-LJO-SKO<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>Complaint Filed:　11/19/13<br>Trial Date:　　　None Set |

　　The Court having read and considered the stipulation to dismiss pursuant to FRCP 41(a), and with good cause appearing, this action is dismissed with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

　Dated:　**March 10, 2014**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE